1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ13-574 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JAMAINE ELLIOTT CARROLL, | |
| Defendant. | |

15  Offense charged:

16      Count 1:      Felon in Possession of Firearm

17  Date of Detention Hearing: April 8, 2014

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      1.      Defendant has stipulated to detention, but reserves the right to contest his

22  continued detention if there is a change in circumstances.

23      2.      There are no conditions or combination of conditions other than detention that

24  will reasonably assure the appearance of defendant as required.

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)    On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 9th day of April, 2014.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2