CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-112-RSM |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY HIS APPEARANCE BOND |
| JAMAINE ELLIOTT CARROLL, | |
| Defendant. | |

This matter having come before the Court on Mr. Carroll's Unopposed Motion to Modify His Appearance Bond, and the Court having reviewed the pleadings of the parties and the records and files, it is now therefore

ORDERED that the language noted in paragraph five of the unopposed motion be added to the defendant's Appearance Bond.

IT IS SO ORDERED.

DONE this 14th day of May, 2018.

_____
BRIAN A. TSUCHIDA
CHIEF U.S. DISTRICT MAGISTRATE JUDGE

Presented by:

*/s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jamaine Elliott Carroll

(PROPOSED) ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO
MODIFY HIS APPEARANCE BOND
(*Jamaine Carroll;* CR14-112RSM)     - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100